UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**    JS - 6

| Case No. | EDCV 10-0600 PSG (PJWx) | Date | June 17, 2010 |
|---|---|---|---|
| Title | Federal National Mortgage Association v. Mauro Reyes | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):              Attorneys Present for Defendant(s):

Not Present                                                              Not Present

**Proceedings:**   **(In Chambers) Remand Order**

On April 23, 2010, Defendant Mauro Reyes ("Defendant") removed the case to this Court. On May 26, 2010, the Court issued an Order to Show Cause ("OSC") why the action should not be remanded to state court. Defendant was ordered to respond to the OSC by June 16, 2010. Defendant failed to file a response by that date. Accordingly, the Court REMANDS the case.

**IT IS SO ORDERED.**

| Initials of Preparer | ljw for wkh |
|---|---|